# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Isaac Cruz Rodriguez, et al., | No. CV-15-01506-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Cobblestone Auto Spa & Market XI LLC, | |
| Defendant. | |

The Court having considered the parties' Joint Statement (Doc. 23) in support of Stipulation to Dismiss Case with Prejudice (Doc. 21), and good cause appearing,

**IT IS ORDERED** this action is dismissed with prejudice, the parties to bear their own attorneys' fees and costs.

**IT IS FURTHER ORDERED** the February 12, 2016 scheduling conference is **VACATED.**

Dated this 7th day of January, 2016.

Honorable Roslyn O. Silver
Senior United States District Judge